[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.] ORDER
The court finds after a hearing in damages that the plaintiff suffered damages, as hereinafter noted, as a result of the defendants' negligence:
Economic: $10,672.02
 Non-economic: None _________
Total: $10,672.02
 Percentage of Negligence of: Plaintiff: None
 Defendant: 100% _________ Total: 100%
Judgment may enter for the plaintiff and against the defendants, Victor Pinto and Eva Ryes, in the sum of $10,672.02, together with court costs.
It is further adjudged that the defendants pay to the plaintiff the weekly sum of $25.00 beginning February 1, 2000, and continuing weekly thereafter until the total sum is fully paid.
Kremski, J.T.R.